**FILED**
October 7, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-mj-312 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| HUNG NGUYEN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Hung Nguyen</u>; Case <u>2:11-mj-312 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    X   Unsecured Appearance Bond in the amount of $100,000.00, cosigned by Brian Nguyen, to be ~~replaced by a~~ secured *in part by* ~~bond secured by~~ all available equity in the real property owned by Brian Nguyen within three weeks.

    \_   Appearance Bond

    \_   Corporate Surety Bail Bond

    X   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>10/7/2011</u>  at  <u>2:45 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge